UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                                 Case No. 2:23–cr–20701–SJM
                                                 Hon. Stephen J. Murphy, III

Conrad Rockenhaus,

                Defendant,

**REQUEST FOR TRANSFER OF JURISDICTION**

It is hereby requested that the jurisdiction of the probationer or supervised releasee named above be transferred from the Eastern District of Texas to the Eastern District of Michigan.

                                          By: s/Carolyn M Johnson
                                                 Probation Clerk

Dated:   December 27, 2023