| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 8577723 | DATE 04/08/2025 |
|---|---|---|---|---|
| **NAME** ROCKENHAUS, Conrad | | **OFFICER** Jeffry W. Konal | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 23-CR-20701-01 |

| ORIGINAL SENTENCE DATE 09/06/2022 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY III | TOTAL OFFENSE LEVEL 26 | PHOTO |
|---|---|---|---|---|
| COMMENCED 10/05/2022 | | | | |
| EXPIRATION 10/04/2025 | | | | |

| ASST. U.S. ATTORNEY Mark Chasteen | DEFENSE ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 1:   18 U.S.C. §§ 1030(a)(5)(A), 1030(c)(4)(B)(i), Intentional Damage to a Protected Computer

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 40 months, to be followed by a 3-year term of supervised release.

Name of Sentencing Judicial Officer:  Honorable Amos L. Mazzant III, Eastern District of Texas. Jurisdiction accepted by the Honorable Stephen J. Murphy, III on 12/28/2023.

**ORIGINAL SPECIAL CONDITIONS**

1. You must provide the probation officer with access to any requested financial information for purposes of monitoring restitution payments and employment.
2. You must not incur new credit charges or open additional lines of credit without the approval of the probation officer unless payment of any financial obligation ordered by the Court has been paid in full.
3. You must participate in a program of testing and treatment for substance abuse and follow the rules and regulations of that program, until discharged. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay any cost associated with treatment and testing.
4. You must participate in any combination of psychiatric, psychological, or mental health treatment programs and follow the rules and regulations of that program, until discharged.  This includes any mental health medication as prescribed by your treating physician.  The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay any cost associated with treatment and testing.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 8577723 | DATE 04/08/2025 |
|---|---|---|---|---|
| **NAME** ROCKENHAUS, Conrad | **OFFICER** Jeffry W. Konal | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 23-CR-20701-01 | |

5. You must participate in inpatient mental health and substance abuse treatment run by the Department of Veterans Affairs, to be administered at the Veterans Affairs facility in Temple, Texas, and follow the rules and regulations of that program, until discharged. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay any cost associated with treatment and testing.

6. You must submit your person, residence, office, vehicle, or an area under your control to a search conducted by a United States Probation Officer or supervised designee, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a supervision violation. You must warn any other residence of third parties that the premises and areas under your control may be subject to searches pursuant to this condition.

7. You must not purchase, possess, have contact with, or otherwise use any device that can be connected to the Internet or used to store digital materials, other than that approved by the U.S. Probation Office. You must allow the U.S. Probation Office to install software on any approved device that is designed to record any and all activity on the device the defendant may use, including but not limited to capture of keystrokes, application information, Internet use history, e-mail correspondence, pictures, and chat conversations. You will pay any costs related to the monitoring of his authorized device and must advise anyone in the household that may use an authorized device in question that monitoring software has been installed. If you need access to an employer owned Internet-equipped device for employment purposes, you must advise your probation officer before using the device. The probation officer will ensure the employer is aware of the criminal history, and you must agree to use the device for work purposes only.

8. You must not attempt to remove, tamper with, or in any way circumvent the monitoring software, and must disclose all on-line account information, including usernames and passwords, to the U.S. Probation Office. If requested, you must provide a list of all software/hardware on your computer, as well as telephone, cable, or Internet service provider billing records, and any other information deemed necessary by the probation office to monitor your computer usage.

9. You must not access Tor or participate in any online social environment (i.e., Facebook, Twitter, Second Life, LinkedIn, Craigslist, FaceTime, WhatsApp, video/audio, etc.) or texting applications, which allow the user interaction unless pre-approved and authorized by the probation officer and Court.

10. You must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure you are in compliance with the requirements of your supervision or treatment program and pay any costs associated with testing as required by the U.S. Probation Office.

11. You must surrender your passport and any travel documents and must not apply for a new passport or travel documents.

12. You must not possess any firearms, destructive devices, or other dangerous weapons. You must surrender, any and all guns currently in your possession, to the United States Marshals Service.

Criminal Monetary Penalties:   Special Assessment $100.00 (Paid); Restitution $564,633.00 (Owes $511,208.43).

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 8577723 | DATE 04/08/2025 |
|---|---|---|---|---|
| **NAME** ROCKENHAUS, Conrad | | **OFFICER** Jeffry W. Konal | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 23-CR-20701-01 |

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition :** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT"<br>On November 19, 2024, ROCKENHAUS submitted to a positive urine screen for Marijuana. ROCKENHAUS admitted to using wax that contained Marijuana. |
| 2 | **Violation of Mandatory Condition:** "YOU MUST MAKE RESTITUTION IN ACCORDANCE WITH 18 U.S.C. 3663 AND 3663A OR ANY OTHER STATUTE AUTHORIZING A SENTENCE OF RESTITUTION"<br><br>As of the date of this report, ROCKENHAUS has failed to make monthly restitution payments as ordered. ROCKENHAUS last made a payment on December 1, 2023. The assigned probation department has spoken to the Eastern District of Texas financial litigation unit who collects the payments of restitution. In January of 2025, the Eastern District of Texas financial litigation unit recommended that restitution payments be set at $800.00 per month, subject to change upon completion of a financial investigation that ROCKENHAUS was instructed by the assigned probation officer to complete and return to that district. ROCKENHAUS has failed to comply with all these instructions and payments. |
| 3 | **Violation of Standard Condition:** "AFTER INTIALLY REPORTING TO THE PROBATION OFFICE, YOU WILL RECEIVE INSTRUCTIONS FROM THE COURT OR THE PROBATION OFFICER ABOUT HOW AND WHEN YOU MUST REPORT TO THE PROBATION OFFICER, AND YOU MUST REPORT TO THE PROBATION OFFICER AS INSTRUCTED"<br><br>The assigned probation officer initiated numerous phone call attempts to ROCKENHAUS on January 23, 2025, to no avail. The assigned probation officer also attempted to contact family members of ROCKENHAUS on January 28, 2025, to no avail as well. A home visit was attempted on January 30, 2025, and no contact was made at the residence. A business card was left at the residence instructing ROCKENHAUS to contact his probation officer immediately and to report to the Ann Arbor Probation office on February 14, 2025, at 10:00 AM. ROCHENHAUS failed to report.  The assigned officer attempted to contact ROCKENHAUS by phone on February 19, 2025.  No contact was made, and a voice message was left with reporting instructions and to call the officer back.  The officer also sent ROCKENHAUS an email on February 19, 2025, instructing him to report to the Detroit probation office on February 20, 2025, at 9:30AM.  On February 20, 2025, ROCKENHAUS failed to report.  On February 20, 2025, the probation department was advised by his wife that ROCKENHAUS was currently at the Veterans |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 8577723 | **DATE** 04/08/2025 |
|---|---|---|---|---|
| **NAME** ROCKENHAUS, Conrad | | **OFFICER** Jeffry W. Konal | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 23-CR-20701-01 |

|   |   |
|---|---|
|  | Administration (VA) Hospital in Ann Arbor, Michigan. Due to prior failures to report and follow up with the assigned officer, she was advised to keep the probation department updated, provide name of treating physician, hospital information, send paperwork, and notify when he is discharged. She agreed to do so. However, she failed to do so even after multiple contacts with her after the fact. On March 14, 2025, a voice message was left instructing ROCKENHAUS to contact this writer as a review of his cellular phone use through third party vendor, IPPC revealed his phone had been used to send text messages and make phone calls. Also on March 14, 2025, contact was made with the VA hospital and they indicated there were no patients currently in the hospital under that name. On March 19, 2025, another attempt was made to reach ROCKENHAUS's wife with no success. Lastly, on March 19, 2025, a check of obituaries revealed no record for ROCKENHAUS passing away. A review of his cell phone use through third party monitoring vendor, IPPC, on April 8, 2025, reveals his cell phone is still being used. As of this date, ROCKENHAUS has failed to contact the probation department and his current whereabouts are unknown. He is considered an absconder from supervision. |
| 4 | **Violation of Special Condition:** "YOU MUST NOT INCUR NEW CREDIT CHARGES OR OPEN ADDITIONAL LINES OF CREDIT WITHOUTH THE APPROVAL OF THE PROBATION OFFICER UNLESS PAYMENT OF ANY FINANCIAL OBLIGATION ORDERED BY THE COURT HAS BEEN PAID IN FULL."<br><br>According to an Equifax Credit Report received on February 20, 2025, since commencing supervised release, ROCKENHAUS has opened seven new lines of credit including: Merrick Bank (10/06/23); Current (10/25/24); Credit One Bank (1/23/23); Empower/Finwise (1/10/25); CCB/BRIDGE IT INC (10/30/24); SYNCB/AMAZON PLCC (11/30/23); and CLEO/WEBBANK (10/28/24). As noted in violation number 2, ROCKENHAUS is not in compliance with restitution payments and has an outstanding balance. No permission was granted to open additional lines of credit. |
| 5 | **Violation of Special Condition:** "YOU MUST NOT PURCHASE, POSSESS, HAVE CONTACT WITH, OR OTHERWISE USE ANY DEVICE THAT CAN BE CONNECTED TO THE INTERNET OR USED TO STORE DIGITAL MATERIALS, OTHER THAN THAT APPROVED BY THE U.S. PROBATION OFFICE. YOU MUST ALLOW THE U.S. PROBATION OFFICE TO INSTALL SOFTWARE ON ANY APPROVED DEVICE THAT IS DESIGNED TO RECORD ANY AND ALL ACTIVITY ON THE DEVICE THE DEFENDANT MAY USE, INCLUDING BUT NOT LIMITED TO CAPTURE OF KEYSTROKES, APPLICATION INFORMATION, INTERNET USE HISTORY, E-MAIL CORRESPONDENCE, PICTURES, AND CHAT CONVERSATIONS. YOU WILL PAY ANY COSTS RELATED TO THE MONITORING OF HIS AUTHORIZED DEVICE AND MUST ADVISE ANYONE IN THE HOUSEHOLD THAT MAY USE AN AUTHORIZED DEVICE IN QUESTION THAT MONITORING SOFTWARE HAS BEEN INSTALLED. IF YOU NEED ACCESS TO AN EMPLOYER OWNED INTERNET-EQUIPPED DEVICE FOR EMPLOYMENT PURPOSES, YOU MUST ADVISE YOUR PROBATION OFFICER BEFORE USING THE DEVICE. THE PROBATION OFFICER WILL ENSURE THE |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 8577723 | DATE 04/08/2025 |
|---|---|---|---|---|
| **NAME** ROCKENHAUS, Conrad | | **OFFICER** Jeffry W. Konal | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 23-CR-20701-01 |

EMPLOYER IS AWARE OF THE CRIMINAL HISTORY, AND YOU MUST AGREE TO USE THE DEVICE FOR WORK PURPOSES ONLY"

On November 19, 2024, during a home visit the assigned probation office discovered that ROCKENHAUS had been using an unauthorized Apple iPhone cellular device for personal use. ROCKENHAUS had not reported this phone previously to the probation department. The phone was seized, and a manual search of the phone was conducted with no issues discovered.

| **I declare under penalty of perjury that the foregoing is true and correct.** | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Jeffry W. Konal/lnb 313-234-5407 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X ]   The issuance of a warrant

[  ]    Other

s/Stephen J. Murphy, III
United States District Judge

April 29, 2025
Date