PS8
(04/23)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. Conrad Rockenhaus                  Docket No. 2:23CR20701-1

**Petition for Action on Conditions of Supervised Release/Probation**

      COMES NOW Stylianos Agapiou, probation officer, presenting an official report on Conrad Rockenhaus, who was placed on a $10,000.00 unsecured supervised release/probation violation bond by United States Magistrate Judge Altman, sitting in the court at Detroit, Michigan, on May 6, 2025, under the below conditions and continued on bond by Your Honor after appearing for a violation hearing on May 13, 2025.

1. The defendant must report as directed to the Probation Department.
2. All previous conditions to remain in full effect.

    **Respectfully presenting petition for action of court and for cause as follows**:

1. Failure to pay restitution as ordered by the Court. ROCKENHAUS has failed to pay restitution as directed and has made two payments of which both have been deemed as invalid (bounced payments).

2. Refrain from any unlawful use of a controlled substance. On August 13, 2025, ROCKENHAUS tested positive for Marijuana.

3. Unauthorized use of an electronic device not approved by the U.S. Probation Office. During a home visit conducted on August 13, 2025, this officer seized an Apple iPhone 15 Pro Max and an Apple Watch Ultra 2 from ROCKENHAUS's residence. Both devices were being used without approval from the probation department by ROCKENAHUS. ROCKENHAUS had previously been instructed that he can only use one approved cellular device (Android smartphone) that was being monitored under the United States Probation Department Computer/Internet Monitoring Program.

4. Attempt to tamper or in any way circumvent the monitoring of an electronic device. On August 13, 2025, two devices were seized from ROCKENHAUS's residence. ROCKENHAUS was instructed to immediately report to this officer at the Ann Arbor Probation office. While this officer was administering a urine screen on ROCKENHAUS, this officer discovered that during that time, the seized iPhone 15 Pro Max had been remotely cleared of all data and information. ROCKENHAUS admitted that he called his wife from his vehicle's OnStar services and stated to her that he was going to the probation office. He denies instructing her to remotely clear the electronic device of data. This officer spoke to ROCKENHAUS's wife who stated she remotely erased all the information and data on the iPhone 15 Pro Max.

5. Failure to follow instructions of the probation officer related to the conditions of supervision. ROCKENHAUS was instructed on numerous prior occasions that he must update the probation department with any new contact information and/or phone numbers. This officer made numerous attempts to contact ROCKENHAUS via phone from August 6, 2025, to August 13, 2025, to no avail. Once this officer was able to make contact with ROCKENHAUS at his residence, ROCKENHAUS stated that his current phone and contact number were not in service due to his phone being inoperable and he had no other device to contact his probation officer. This probation officer discovered and seized two unauthorized electronic devices capable of making cellular calls during the home visit.

**PRAYING THAT THE COURT WILL ORDER Bond be cancelled and a warrant be issued for ROCKENHAUS's arrest to answer to the above noted violations.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2025

Respectfully,

_____s/Stylianos Agapiou_____

United States Probation Officer

Place: Detroit, Michigan

**THE COURT ORDERS:**

[ ]   No Action

[ ]   Modification of Bond Conditions as Requested

[ ]   Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[X]   The Issuance of a Warrant [check one of the below]
    [ ]   Defendant to appear before the Judge assigned to the case
    [X]   Defendant to appear before the Duty Magistrate Judge

[ ]   The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ]   Other

ORDER OF COURT

Considered and ordered this 20th day of August, 2025 and ordered filed and made a part of the records in the above case.

                                 s/Stephen J. Murphy, III
                                 Stephen J. Murphy, III
                                 Chief United States District Judge