UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CONRAD ROCKENHAUS,

        Defendant.
_____/

Case No. 2:23-cr-20701

HONORABLE STEPHEN J. MURPHY, III

## ORDER STRIKING PRO SE FILINGS [14] [15]

On August 21, 2025, Defendant moved for the withdrawal of his current attorney and appointment of a public defender. ECF Nos. 14, 15. Defendant stated that he is "presently indigent due to [his] lack of employment income." ECF No. 14, PageID.61. And he stated that his current attorney "outright refused to file his motion to withdraw." ECF No. 15, PageID.62.

Defendant is represented by counsel, attorney Marc R. Lakin. Notwithstanding that fact, Defendant filed pro se documents seeking a change in counsel. The Court will not consider any such communications because Defendant, represented by counsel, must proceed through his lawyer. *See McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) ("*Faretta* does not require a trial judge to permit 'hybrid' representation . . . ."); *see also United States v. Mosely*, 810 F.2d 93, 97–98 (6th Cir. 1987) ("[T]he question whether to allow a defendant to participate in his own defense along with counsel in 'hybrid representation' is a matter committed to the sound discretion of the trial court.").

1

What is more, Defendant is allegedly in violation of his supervised release and bond conditions. *See* ECF Nos. 11, 12. The Court directs Defendant to contact his Probation Officer regarding the Petition for Action on Conditions of Pretrial Release. ECF No. 12. The Court will address any remaining issues about counsel at the time of a hearing on the alleged violations of supervised release and bond.

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of Court **STRIKE** the pro se motion to appoint counsel [14] and addendum [15] from the docket.

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: August 29, 2025