UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 2:23-cr-20701

HONORABLE STEPHEN J. MURPHY, III

v.

CONRAD ROCKENHAUS,

    Defendant.
_____/

## ORDER REVOKING BOND

For the reasons alleged in the Government's Petition for Action on Conditions of Supervised Release, ECF No. 12, the Court will revoke Defendant's bond pending the hearing on the Government's Petition and Defendant's sentencing on supervised release violations set for September 30, 2025 at 11:00 a.m.

**WHEREFORE**, it is hereby **ORDERED** that bond is **REVOKED** for Defendant Conrad Rockenhaus.

**SO ORDERED.**

    s/ Stephen J. Murphy, III
    STEPHEN J. MURPHY, III
    United States District Judge

Dated: September 5, 2025