MIE AO 442 (Rev. 12/19) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

RECEIVED
By Amy Godlewski at 3:26 pm, Aug 21, 2025

United States of America
v.

ROCKENHAUS, Conrad
*Defendant*

Case No. 23-CR-20701-01

FILED USDC - CLRK DET
2025 SEP 5 PM 12:07

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Conrad Rockenhaus

who is accused of an offense or violation based on the following document filed with the court by U.S. Probation Officer Stylianos Agapiou, 313-655-2842:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:
Violation of bond conditions. Order of the Court to revoke bond due to continued non-compliance.

Date: August 20, 2025

*Issuing officer's signature*

City and state: Detroit, Michigan

Stephen J. Murphy, III, Chief United States District Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* 9/4/25 at *(city and state)* Redford, MI | |
| Date: 9/4/25 | *Arresting officer's signature* Brett Fienburger-Dusen *Printed name and title* |