UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                    NO.  23-CR-20701

        Plaintiff,

- vs -

CONRAD ROCKENHAUS,

        Defendant.
_____/

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its counsel, hereby designates Assistant United States Attorney John K. Neal as an attorney for the United States in this matter.

        Respectfully Submitted,
        JEROME F. GORGON, JR.
        UNITED STATES ATTORNEY

        */s/ John K. Neal*
        JOHN K. NEAL
        Assistant United States Attorney
        Chief, Anti-Corruption Unit
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        (313) 226-9644
        John.neal@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I caused a copy of this filing to be served on all counsel of record using the court's electronic filing system.

<u>/s/ *John K. Neal*</u>