UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 2:23-cr-20701

HONORABLE STEPHEN J. MURPHY, III

v.

CONRAD ROCKENHAUS,

    Defendant.
_____/

### ORDER GRANTING MOTION TO WITHDRAW [23]

Defendant Conrad Rockenhaus is currently awaiting sentencing for supervised release violations. *See* ECF No. 11. Earlier, while he awaited sentencing, Defendant violated his bond conditions, the Court issued a warrant for his arrest, Defendant was arrested and detained, and the Court revoked his bond. ECF No. 17. The sentencing hearing is now set for October 7, 2025 at 10:30 a.m.

On October 2, 2025, Defendant's retained Counsel, Marc Lakin, moved to withdraw from representing Defendant because of a "breakdown of the attorney-client relationship," ECF No. 23, PageID.77, and for the Court to appoint new counsel for Defendant. *Id.* at PageID.79.

Because Defendant's counsel has timely moved to withdraw and because the conflict appears to be genuine, the Court will grant the motion to withdraw. Defendant's new counsel must appear within ten days of the filing of this Order. The Court will conduct a hearing as scheduled on October 7, 2025, but to determine the status of Defendant's representation.

1

**WHEREFORE**, it is hereby **ORDERED** that the motion to withdraw [23] is **GRANTED**.

**IT IS FURTHER ORDERED** that Attorney Marc Lakin is **WITHDRAWN** as counsel for Defendant.

**IT IS FURTHER ORDERED** that the Clerk of Court must **REMOVE** Attorney Marc Lakin from receiving electronic notices in the above case.

**IT IS FURTHER ORDERED** that Defendant's new counsel must **APPEAR** within ten days of the filing of this order.

**SO ORDERED.**

                                          s/ Stephen J. Murphy, III
                                          STEPHEN J. MURPHY, III
                                          United States District Judge

Dated: October 3, 2025