AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Eastern District of Michigan

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Supervised Release) |
| CONRAD ROCKENHAUS, | |
| | Case No. 2:23-CR-20701 |
| | USM No. 39400-480 |
| | Sanford Plotkin |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1-5  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT. | 11/19/2024 |
| 2 | YOU MUST MAKE RESTITUTION IN ACCORDANCE WITH 18 U.S.C. 3663 AND 3663A OR ANY OTHER STATUTE AUTHORIZING A SENTENCE OF RESTITUTION | 12/1/2023 |
| 3 | AFTER INTIALLY REPORTING TO THE PROBATION OFFICE, YOU WILL RECEIVE INSTRUCTIONS FROM THE COURT OR THE PROBATION OFFICER ABOUT HOW AND WHEN YOU MUST REPORT TO THE PROBATION OFFICER, AND YOU MUST REPORT TO THE PROBATION OFFICER AS INSTRUCTED. | 3/19/2025 |

The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1923

Defendant's Year of Birth: 1982

City and State of Defendant's Residence:
Ann Arbor, Michigan

October 17, 2025
Date of Imposition of Judgment

s/Stephen J. Murphy, III
Signature of Judge

Stephen J. Murphy, III, U.S. District Judge
Name and Title of Judge

October 20, 2025
Date

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page  2  of  4

DEFENDANT: CONRAD ROCKENHAUS,
CASE NUMBER: 2:23-CR-20701

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | YOU MUST NOT INCUR NEW CREDIT CHARGES OR OPEN ADDITIONAL LINES OF CREDIT WITHOUTH THE APPROVAL OF THE PROBATION OFFICER UNLESS PAYMENT OF ANY FINANCIAL OBLIGATION ORDERED BY THE COURT HAS BEEN PAID IN FULL. | 2/20/2025 |
| 5 | YOU MUST NOT PURCHASE, POSSESS, HAVE CONTACT WITH, OR OTHERWISE USE ANY DEVICE THAT CAN BE CONNECTED TO THE INTERNET OR USED TO STORE DIGITAL MATERIALS, OTHER THAN THAT APPROVED BY THE U.S. PROBATION OFFICE... | 11/19/2024 |
| | ...YOU MUST ALLOW THE U.S. PROBATION OFFICE TO INSTALL SOFTWARE ON ANY APPROVED DEVICE THAT IS DESIGNED TO RECORD ANY AND ALL ACTIVITY ON THE DEVICE THE DEFENDANT MAY USE, INCLUDING BUT NOT LIMITED TO CAPTURE... | |
| | ...OF KEYSTROKES, APPLICATION INFORMATION, INTERNET USE HISTORY, E-MAIL CORRESPONDENCE, PICTURES, AND CHAT CONVERSATIONS.  YOU WILL PAY ANY COSTS RELATED TO THE MONITORING OF HIS AUTHORIZED DEVICE AND MUST... | |
| | ...ADVISE ANYONE IN THE HOUSEHOLD THAT MAY USE AN AUTHORIZED DEVICE IN QUESTION THAT MONITORING SOFTWARE HAS BEEN INSTALLED. IF YOU NEED ACCESS TO AN EMPLOYER OWNED INTERNET-EQUIPPED DEVICE FOR EMPLOYMENT... | |
| | ...PURPOSES, YOU MUST ADVISE YOUR PROBATION OFFICER BEFORE USING THE DEVICE. THE PROBATION OFFICER WILL ENSURE THE EMPLOYER IS AWARE OF THE CRIMINAL HISTORY, AND YOU MUST AGREE TO USE THE DEVICE FOR WORK... | |
| | ...PURPOSES ONLY. | |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 4

DEFENDANT: CONRAD ROCKENHAUS,
CASE NUMBER: 2:23-CR-20701

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

6 Months.  The Court waives the costs of incarceration due to the offender's lack of financial resources.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

Judgment—Page  4  of  4

DEFENDANT:  CONRAD ROCKENHAUS,
CASE NUMBER:  2:23-CR-20701

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

The offender's term of supervised release is revoked with no new term to follow.

### MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.