UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 2:23-cr-20701

HONORABLE STEPHEN J. MURPHY, III

v.

CONRAD ROCKENHAUS,

        Defendant.

_____/

## ORDER REGARDING POST JUDGMENT MOTIONS

After Defendant pleaded guilty to violating his supervised release, the Court sentenced him to six months' imprisonment and entered judgment. ECF No. 27. Following a notice of appeal, ECF No. 28, the Sixth Circuit set an expedited briefing schedule and extended the appointment of Defendant's court-appointed lawyer, Sanford Plotkin. *USA v. Rockenhaus*, No. 25-1974, Docs. # 1–4 (6th Cir. 2025). The Court then received a motion to proceed as next friend, a motion to appoint counsel for appeal, and an application to proceed without prepaying fees or costs on appeal. ECF Nos. 29, 31, 32.

Once a notice of appeal is filed, a district court is divested of jurisdiction over a defendant's case. *See United States v. Carman*, 933 F.3d 614, 615 (6th Cir. 2019) (Kethledge, J.) (explaining that "[s]ubject to very few exceptions, the filing of a notice of appeal shifts from the district court to the court of appeals adjudicatory authority over any aspect of the case"). The Court will therefore deny the motion to proceed as next friend because the Court no longer has jurisdiction over the case.

1

Next, because the Sixth Circuit extended Mr. Plotkin's appointment, the Court will deny the motion to appoint counsel as moot. *USA v. Rockenhaus*, No. 25-1974, Doc. # 4 (6th Cir. 2025); *see also United States v. Nelms*, No. 2:18-cr-204, 2023 U.S. Dist. LEXIS 50110, at *2 n.1 (S.D. Ohio Mar. 23, 2023) (denying Defendant's motion because the Sixth Circuit appointed counsel for Defendant and "[t]o whatever extent Defendant is requesting new appellate counsel, he should aim that request at the court that appointed appellate counsel: the Sixth Circuit").

Last, because Defendant is a criminal defendant taking a direct appeal with counsel appointed by the district court, he need not apply to proceed without prepayment of costs on appeal pursuant to 28 U.S.C. § 1915. *See* 18 U.S.C. § 3006A(d)(7) ("If a person for whom counsel is appointed under this section appeals to an appellate court or petitions for a writ of certiorari, he may do so without prepayment of fees and costs or security therefor and without filing the affidavit required by section 1915(a) of title 28."). The Court will therefore deny Defendant's application as moot.

**WHEREFORE**, it is hereby **ORDERED** that Defendant's motion to proceed as next friend [31] is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant's motion to appoint counsel [32] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendant's application to proceed

without prepaying fees or costs on appeal [29] is **DENIED AS MOOT**.

    **SO ORDERED.**

                                                                                          s/ Stephen J. Murphy, III  
                                                                                 STEPHEN J. MURPHY, III  
                                                                                 United States District Judge

Dated: October 30, 2025