FILED
OCT 31 2025
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America
   Plaintiff

v.

Conrad Rockenhaus
   Defendant

Case No: 23-cr-20701

"Hon" Stephen J. Murphy

### Defendant's Motion to Terminate Appointed Defense Counsel

Conrad Rockenhaus, Defendant, in Pro Per, moves this "Honorable Court" to immediately terminate Sandford Plotkin as Appointed Defense Counsel for the Defendant due to his personal misconduct and professional irresponsibility in this case. The Defendant intends to represent himself pro se pending an appeal of this case.

### Brief In Support

Shortly after the final sentencing hearing, Sandford Plotkin verbally accosted my wife outside of the Courtroom in front of numerous witnesses and verbally assaulted her by stating to her "Fuck You", which he stated that is a sentiment that the "Honorable" Judge in this case, which he called "Steve", again in front of numerous witnesses, including other members of this Court's Bar and Media witnesses, shared with him.

I understand that Mr. Plotkin and Judge Murphy may not like my wife, but the use of such vile and disgusting language that I would never use that reflects someone that would take a violent character, especially with women, reflects poorly on Sandford Plotkin, and reflects poorly on Judge

"Steve" Murphy, since Mr. Plotkin claimed that this "Fuck You" message was a sentiment shared by both of them. It really makes me wonder how these two individuals, who obviously had such disdain for my wife to express it so publicly in front of so many witnesses could properly either defend me or be impartial.

Which brings me to my second point in support, before sentencing, I told Mr. Plotkin about a Secure Inpatient Mental Health Treatment Program at the Ann Arbor Veteran's Affairs Hospital (Point of Contact: Jamie Wright - 734-478-3551) would be able to get me immediate placement into and keep me in for as long as the Court ordered me and even though Judge Murphy brought up Medical and Mental Health treatment during my sentencing, Mr. Plotkin didn't say anything, even as I brought it to his attention as the Judge was saying this, Mr. Plotkin was telling me "He won't go for it" even though he was saying the same DAMN THING I WAS SAYING TO HIM. There's even more I could go into, but the fact that this Court would allow Mr. Plotkin to openly disregard the healthcare needs of a 100% disabled Veteran is pretty pathetic, but it seems that its okay with advocating violence against women as well, either way, this lawyer is a dirtbag, doesn't represent my values and I want to terminate him

Respectfully Submitted,

Conrad Rockenhaus
Defendant Pro Se

Conrad Rockenhaus
NAME
39400-480
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

Legal



RECEIVED
OCT 31 2025
CLERK'S OFFICE
DETROIT

METROPLEX MI 480
28 OCT 2025 PM 10 L

Court Clerk / (Criminal)
Theodore Levin United States Courthouse
231 West Lafayette Boulevard, 5th Fl
Detroit, MI 48226

48226-277756