FILED
NOV 03 2025
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America
Plaintiff
  v.                                   Case No 23-cr-20701
Conrad Rockenhaus                      Hon Stephen J. Murphy
Defendant

Motion to Show Cause
For Illicit Post-Trial Punishment

Defendant, Conrad Rockenhaus, moves this Honorable Court to have the United States of America Show Cause as to why it has terminated the Veteran Benefit Payments to the Defendant effective November 1st, 2025, when by operation of law, such payments shall not be terminated until 180 days until the date after final conviction, and only the alotment to the Veterans shall be stopped (my wife will continue to recieve her allowance).

Obviously, the United States of America has the timing mixed up here, so perhaps we can resolve this pay issue or the USA can explain why they are correct in also taking all of my pay, in addition to my diginity, as all of you gleefully have done.

Respectfully Submitted,

[signature]
10/26/25

Rockenbas, Cerwed
NAME
39400-480
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

Legal
Mail

RECEIVED
NOV 03 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

METROPLEX MI 480
29 OCT 2025 PM 9 L

Court Clerk (Criminal)
Theodore Levin United States Courthouse
231 West Lafayette Boulevard
5th Floor
Detroit, MI 48226