UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 2:23-cr-20701

HONORABLE STEPHEN J. MURPHY, III

v.

CONRAD ROCKENHAUS,

        Defendant.
                               /

**ORDER DENYING AS MOOT MOTION TO TERMINATE
COUNSEL [34] AND DENYING MOTION TO SHOW CAUSE [35]**

On October 31, 2025, Defendant filed a motion to terminate appointed defense counsel. ECF No. 34. The day prior, the Court denied as moot a motion to appoint counsel for appeal because a notice of appeal was already filed and noted that Defendant should direct any motion regarding counsel to the Sixth Circuit. ECF No. 33, PageID.130 (citing *United States v. Nelms*, No. 2:18-cr-204, 2023 U.S. Dist. LEXIS 50110, at *2 n.1 (S.D. Ohio Mar. 23, 2023)). The Sixth Circuit granted a motion to withdraw by Defendant's previous counsel, and it appointed new counsel. *United States v. Rockenhaus*, No. 25-1974, Docs. # 7–8 (6th Cir. 2025). The Court will therefore deny Defendant's motion as moot.

Second, on November 3, 2025, Plaintiff moved the Court to order the Government to show cause "as to why it has terminated the Veteran Benefit Payments to the Defendant . . . when by operation of law, such payments shall not be terminated until 180 days until the date after final conviction." ECF No. 35,

1

PageID.135. The Court will deny Plaintiff's motion because the district court overseeing the criminal case is not the proper venue to challenge or seek judicial review of a veteran's benefit decision. *See Beamon v. Brown*, 125 F.3d 965, 967 (6th Cir. 1997) (explaining the process for challenging veteran benefits decision under the Veterans Judicial Review Act of 1988); *Hayden v. Sec'y of the Dep't of Veterans Affs.*, No. 98-5663, 1999 U.S. App. LEXIS 8733, at *3 (6th Cir. May 4, 1999) ("Thirty-eight U.S.C. § 511(a) precludes district courts from reviewing decisions on veterans' benefits . . . .").

**WHEREFORE**, it is hereby **ORDERED** that Defendant's motion to terminate appointed defense counsel [34] is **DENIED AS MOOT**.

**IT IS FUTHER ORDERED** that Defendant's motion to show cause for illicit post-trial punishment [35] is **DENIED**.

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: November 12, 2025