# UNITED STATES DISTRICT COURT
## FOR THE
__Eastern__ DISTRICT OF __Michigan__

UNITED STATES OF AMERICA

v.

__Conrad Rockenhaus__
Write your full name here.

FILED
DEC 15 2025
CLERK'S OFFICE
DETROIT

Case No. __23-CR-20701__
(Write the number of your criminal case.)

MOTION FOR SENTENCE REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A)
(Compassionate Release)

(*Pro Se* Inmate)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

---

## I. DOCUMENTS AND REQUEST TO SEAL

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☒ Yes  ☐ No

ATTACHMENTS

If you answered "Yes," please list below the documents you request be filed under seal:

Dept of VA Rating Letter (Double Sided) - Attachment 2
VA Benefits Summary, SSA Benefits Summary - Attachment 1, DD 214, Attachment 3

Please list below any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged, but not required, to complete the proposed release plan. Also, a cover page for the submission of medical records and additional medical information is included as an attachment to this motion, as well as a cover page for the submission of additional information (for example, information related to victim abuse under §1B1.13(b)(4)). Again, you are not required to provide medical records or this additional information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | Request to Seal? |
|---|---|---|
| Proposed Release Plan | ☒ Yes ☐ No | ☒ Yes ☐ No |
| Additional Medical Information | ☒ Yes ☐ No | ☒ Yes ☐ No |
| Additional Information (e.g., victim abuse-related information under §1B1.13(b)(4)) | ☒ Yes ☐ No | ☒ Yes ☐ No |

## II. REQUEST FOR APPOINTMENT OF COUNSEL

I request that an attorney be appointed to help me.

☒ Yes ☐ No

## III. SENTENCE INFORMATION

Date of Sentencing: __10/17/2025__

Term of Imprisonment Imposed: __Six Months__

Approximate Time Served to Date: __90+ Days__

Projected Release Date: __March 2, 2026__

Length of Term of Supervised Release: __None__

Have you filed an appeal in your case?

☒ Yes ☐ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes ☒ No

### IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

Title 18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Federal Bureau of Prisons (BOP) to bring a motion on your behalf or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the BOP related to your motion, including your written request to the warden and records of any denial from the BOP.

Have you personally submitted your request for compassionate release to the warden of the institution where you are incarcerated?

☒ Yes, I submitted a request for compassionate release to the warden on (date) 11/07/25.
☐ No, I did not submit a request for compassionate release to the warden.

If you answered "No," please explain why not.

_____

Did the warden deny your request?

☒ Yes, the warden denied my request on (date) 11/25/25.
☐ No, I did not submit a request for compassionate release to the warden.

### V. GROUNDS FOR RELEASE

This section includes specific citations to sections of the U.S. Sentencing Guidelines, specifically the policy statement at §1B1.13 (Reduction in Term of Imprisonment Under 18 U.S.C. § 3582(c)(1)(A)), often referred to as "compassionate release."

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You also may attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

---

[1] The requirements for filing this compassionate release motion with the court differ from the requirements for submitting a compassionate release request to the BOP. This form should be used only for a compassionate release motion made to the court. If you are submitting a compassionate release request to the BOP, please review and follow the BOP program statement.

A. Are you at least 70 years old?

☐ Yes ☒ No

If you answered "No," go to Section B below. You do not need to fill out Section A.

If you answered "Yes," you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. See §1B1.13(a)(1)(B). Please answer the following questions so the court can determine if you are eligible for release under this section of the statute.

Have you served at least 30 years in prison pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense(s) for which you are currently imprisoned?

☐ Yes ☐ No

Has the Director of the BOP determined that you are not a danger to the safety of any other person or the community, as provided under 18 U.S.C. § 3142(g)?

☐ Yes ☐ No

B. Do you believe there are other extraordinary and compelling reasons for your release?

☒ Yes ☐ No

If you answered "Yes," please check all boxes that apply so the court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i). Section 3582(c)(1)(A) authorizes a court to reduce a defendant's term of imprisonment if "extraordinary and compelling reasons" warrant a reduction and "such a reduction is consistent with applicable policy statements issued by the Sentencing Commission."

☐ I am suffering from a terminal illness. See §1B1.13(b)(1)(A).

☒ I am suffering from:

- a serious physical or medical condition;
- a serious functional or cognitive impairment; or
- deterioration in my physical or mental health because of the aging process

that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition. See §1B1.13(b)(1)(B).

Page 4 of 16

☒ I am suffering from a medical condition that requires long-term or specialized medical care that is not being provided and without which I am at risk of serious deterioration in health or death. *See* §1B1.13(b)(1)(C).

☐ There is an ongoing outbreak of infectious disease or ongoing public health emergency affecting, or at imminent risk of affecting, my correctional facility that, due to personal health risk factors and custodial status, has caused me an increased risk of suffering severe medical complications or death as a result of exposure to the ongoing outbreak of infectious disease or the ongoing public health emergency, and such risk cannot be adequately mitigated in a timely manner. *See* §1B1.13(b)(1)(D).

☐ I am 65 years old or older; I am experiencing a serious deterioration in physical or mental health because of the aging process; and I have served at least 10 years or 75 percent of my term of imprisonment, whichever is less. *See* §1B1.13(b)(2).

☐ The caregiver of minor child/children or my child/children who is/are 18 years of age or older and incapable of self-care because of a mental or physical disability or mental condition has died or become incapacitated, and I am the only available caregiver for my child/children or adult disabled child/children. *See* §1B1.13(b)(3)(A).

☐ My spouse/registered partner, parent, immediate family member (child, spouse, registered partner, parent, grandchild, grandparent, or sibling), or someone whose relationship is similar to that of an immediate family member has become incapacitated, and I am the only available caregiver for them. *See* §1B1.13(b)(3)(B), (C), and (D).

☐ While serving this sentence, I was a victim of:

- sexual abuse involving a "sexual act," as defined in 18 U.S.C. § 2246(2); or
- physical abuse resulting in "serious bodily injury"

that was committed by or at the direction of a correctional officer, an employee, or contractor of the BOP or any other individual having custody or control over me. *See* §1B1.13(b)(4).

☒ There is another circumstance or combination of circumstances that, when considered by themselves or together with any of the reasons described above, are similar in gravity to the reasons described above. *See* §1B1.13(b)(5).

☐ I received an unusually long sentence, I have served at least 10 years of the term of imprisonment, and a change in the law (other than an amendment to the Guidelines Manual that has not been made retroactive) would produce a gross disparity between the sentence

being served and the sentence likely to be imposed on the date I filed this motion, after full consideration of my individualized circumstances. *See* §1B1.13(b)(6).

Please explain below the basis for your request. If there is additional information that you would like the court to consider but which is confidential, you may include that information on a separate page; attach the page to this motion; and, in Section I above, request that that attachment be sealed.

I am a 100% rated disabled veteran with a seizure disorder that is not receiving all of the medications and care I was receiving from the VA while in the BOP and my health is deteroating as a result of this (continued)

## VI. PREVIOUSLY FILED MOTIONS

Have you previously filed any motions for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A) (in any court)?

☐ Yes ☒ No

If you answered "Yes," were any of your previous motions granted?

☐ Yes ☐ No

If you have previously filed any motions for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A), what about your circumstances or the law has changed since your other motion(s) that you believe now makes you eligible? Please provide details below.

_____
_____
_____
_____
_____
_____

Page 6 continued:

Due to the lack of physical and occupational therapy, orthopedic bracing, and medications for my seizures and pain that I was receiving while under the care of the Ann Arbor Veterans Affairs Health Care System, my health and life outcomes in the over 90 days in custody so far have been greatly diminished due to this unfortunate crisis of events that led to my current incarceration. I am experiencing daily joint dislocations in my knee caps that can only be resolved by remaining as immobile as possible which greatly diminishes my ability to provide self-care for myself in a correctional setting. Furthermore, I am experiencing seizures weekly when they were previously well controlled and increased nerve pain when my nerve pain was almost non existent because the medications that I'm prescribed for my seizures and nerve pain is too expensive for the BOP. I have less than 90 days left on my sentence. I'm asking the Court to please stop torturing me and have mercy on me and please release me to at least home confinement to finish my time to stop this deterioration of my health. Thank you.

## VII. MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

12/8/2025
Date

Signature

Conrad A Rockenhaus
Printed Name

39400-480
Federal Bureau of Prisons Register No.

FCI Milan
Federal Bureau of Prisons Facility

4000 Arkona Rd, Milan, MI 48160
Institution's Address

## RESPONSE TO REQUEST FOR REDUCTION IN SENTENCE

**ROCKENHAUS, Conrad**
**Reg. No: 39400-480**
**November 21, 2025**
**JAIL / D04-212L**
**RIS Request**

A request for Compassionate Release/Reduction in Sentence (RIS) has been reviewed pursuant to 18 U.S.C. 3582 (c)(1)(A). We will not be pursuing a request for compassionate release in your case.

A review indicates that the basis for your request for a reduction in sentence is debilitated medical condition.

Bureau of Prisons' Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), sets forth the criteria the Director considers for a RIS. Pursuant to P.S. 5050.50, the following criteria may be used to file for a RIS: Terminal Medical Condition, Debilitated Medical Condition, Elderly Inmates, Death or Incapacitation of Family Member Caregiver, and Incapacitation of a Spouse or Registered Partner. A request for reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) will be considered when there are extraordinary and compelling reasons meeting these criteria or if the requestor is a victim of sexual abuse while in custody, there is no danger to the safety of any other person or to the community, and the reduction is consistent with policy.

Additionally, the inmate's request shall at a minimum contain the following information: (1) The extraordinary or compelling circumstances that the inmate believes warrant consideration. (2) Proposed release plans, including where the inmate will reside, how the inmate will support himself/herself, and if the basis for the request involves the inmate's health, information on where the inmate will receive medical treatment, and how the inmate will pay for such treatment. (3) The inmate is completely disabled, meaning the inmate cannot carry on any self-care and is totally confined to a bed/chair or is capable of only limited self-care and is confined to a bed/chair for more than 50% of waking hours.

A review of your request reveals that it is not based on the criteria set forth in PS 5050.50 and you did not provide the required information, per policy, to warrant early release. Accordingly, your request is denied at this time. If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

I trust this addresses your concerns.

_E. Rardin_, Warden

Date: 11/25/2025

TRULINCS 39400480 - ROCKENHAUS, CONRAD - Unit: MIL-D-B

-------------------------------------------------------------------------------

FROM: Warden
TO: 39400480
SUBJECT: RE:***Inmate to Staff Message***
DATE: 11/06/2025 02:47:02 PM

Please speak with Mr. Burnett, CMC at mainline to get the information needed to process a request for Compassionate Release. You may also reach out to your Unit Team for guidance.

---

From: ~^! ROCKENHAUS, ~^!CONRAD <39400480@inmatemessage.com>
Sent: Wednesday, November 5, 2025 1:43 PM
Subject: ***Request to Staff*** ROCKENHAUS, CONRAD, Reg# 39400480, MIL-D-B

To: Warden/Compassionate Release
Inmate Work Assignment: NA

Dear Sir,

I am requesting a medical compassionate release as I am finally sentenced to a six month term with four months remaining due to a supervised release violation on an original 40 month sentence of intentional damage to a protected computer. I am requesting a medical compassionate release due to my deteriorating medical conditions while I am in custody. I am a 100% disabled veteran with a Traumatic Brain Injury, Seizure Disorders (with documented seizures in custody), substance use disorder (with my substance use returning while in custody in a major way, I have started using k2 and fentanyl in a big way everyday) and I have major orthopedic issues which prevent me from getting around easier which are causing me issues from going up and down the stairs. I am having major psychological issues that are going to cause a major strain on the BoP medical system. If I am released on compassionate release, as a category I, priority I patient, the Veteran Affairs Ann Arbor Medical System has the capacity to accept me as an inpatient to the dom program immediately for treatment. Thank you.

```
TRULINCS  39400480 - ROCKENHAUS, CONRAD - Unit: MIL-D-B
```
---

FROM: 39400480
TO: MIL/RISCoordinator
SUBJECT: ***Request to Staff*** ROCKENHAUS, CONRAD, Reg# 39400480, MIL-D-B
DATE: 11/07/2025 11:02:33 AM

To: Mr. Burnett
Inmate Work Assignment: NA

Dear Sir,

I am respectfully requesting a compassionate release pursuant to PS 5050 as I am finally sentenced to a six month term with four months remaining. I am a requesting a medical compassionate release due to the following issues:

1 - untreatable orthopedic injuries due to my injuries incurred in the line of duty as documented in my military service record - medical says that the braces prescribed by the Veterans Affairs Medical Facility can not be utilized in the BoP

2 - my seizure medication (some of them) and pain medications due to my traumatic brain injury are non formulary and can nont be prescribed by the BoP

3 - I have a substance use disorder that is getting worse in the BoP and can't be treated by the BoP

I have a release plan that includes inpatient treatment by the VA in a guaranteed program. Thank you.

ATTACHMENT 1

# UNITED STATES DISTRICT COURT
## FOR THE
_Eastern_ DISTRICT OF _Michigan_

UNITED STATES OF AMERICA

Case No. _23-CR-20701_
(Write the number of your criminal case.)

v.

_Conrad Rockenhaus_
Write your full name here.

## PROPOSED RELEASE PLAN
In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☒ Yes ☐ No

ATTACHMENT 1

# PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will help the U.S. Probation and Pretrial Services Office prepare for your release if your motion is granted.

A. **Housing and Employment**

Provide the full address where you intend to reside if you are released from prison.

26695 Ross Dr, Redford, MI, 48239

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison.

Adrienne Rockenhaus, (734) 585-6277

Provide the names (if under the age of 18, please use only their initials), ages, and relationship to you of any other residents living at the above-listed address.

Adrienne Rockenhaus, Wife, 45

Do you know where you will work if you are released? If so, please provide the name and address of the employer and describe your job duties. If you do not have a specific employer, please describe the type of work you plan to do upon release.

I am a disabled veteran and I receive a Veteran's pension and SSDI

List any additional housing or employment resources available to you.

I receive Veterans benefits and SSDI.

B. **Medical Needs**

Will you require ongoing medical care if you are released from prison?

☒ Yes ☐ No

ATTACHMENT 1

Will you have access to health insurance if released?

☒ Yes ☐ No

If yes, provide the name of your insurance company and the last four digits of the policy number.

I utilize both VA health care (1923) and Medicare (N242)

If no, how do you plan to pay for your medical care?

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☐ Yes ☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☒ Yes ☐ No

If yes, please include them with your motion.
If no, where are the records located?

FCI Milan, 4000 Arkona Rd, Milan, MI, 48160

Are you prescribed medication in the facility where you are incarcerated?

☒ Yes ☐ No

If yes, list all prescribed medication, dosage, and frequency.

I am a poly pharmacy patient and have attached the list to this motion (over 17 medications).

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☒ Yes ☐ No

## ATTACHMENT 1

If yes, list equipment required.

Left and Right knee stabilization braces, left ankle stabilization brace, cane

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes  ☒ No

If yes, list the required assistance and how it will be provided.

_____

_____

Do you require assisted living?

☐ Yes  ☒ No

If yes, provide the address of the anticipated home or facility and the source of funding to pay for it.

_____

_____

Are the people you are proposing to reside with aware of your medical needs?

☒ Yes  ☐ No

Do you have other community support that can assist with your medical needs?

☒ Yes  ☐ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use only their initials.

Annie Helgren, 55, Friend

Will you have transportation to and from your medical appointments?

☒ Yes  ☐ No

Medications List:
- Zyprexa 10 mg / 1x day
- Topirimate 200 mg / 2x day
- Keppra 1500 mg / 2x day
- Metformin 1000 mg / 2x day
- Asprin 81 mg / 1x day
- Avostatin 1000 mg / 1x day
- Omozopole 200 mg / 1x day
- Vitamin D 1 g / 1x day
- Lisinopril 10 mg / 1x day
- Albectrol 100 mg / As Needed
- Multivitamin 1x / day
- Mobic 15 mg / 1x day
- Tylenol 500 mg / 3x day

     **DEPARTMENT OF VETERANS AFFAIRS**

November 08, 2025

Conrad Alan Rockenhaus
35560 Grand River Ave # 244
Farmington Hills, MI 48335

Dear Conrad Rockenhaus:

This letter certifies that Conrad Alan Rockenhaus is receiving service-connected disability compensation from the Department of Veterans Affairs.

The current benefit paid is as follows:

| | |
|---|---|
| **Gross Benefit Amount** | $4,658.50 |
| **Net Amount Paid** | $4,658.50 |
| **Effective Date** | October 23, 2025 |
| **Combined Evaluation** | 100 percent |

## How You Can Contact Us

- If you need general information about benefits and eligibility, please visit us at https://www.va.gov.
- Call us at 1-800-827-1000.
- Contact us using Telecommunications Relay Services (TTY) at 711 24/7.
- Send electronic inquiries through the Internet at https://www.va.gov/contact-us.

Sincerely Yours,

**Regional Office Director**

3c854d14-7039-41e1-9f81-efb8040240a0



# Social Security Administration
# Benefit Verification Letter

Date: November 8, 2025
BNC#: 25T1428F99055
REF: A

ADRIENNE ROCKENHAUS FO
R CONRAD A ROCKENHAUS
35560 GRAND RIVER
APT 244
FARM HLS MI  48335-3123

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning October 2025, the full monthly Social Security benefit before any deductions is $0.00.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $0.00.
(We must round down to the whole dollar.)

Benefits were suspended beginning October 2025.

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the second Wednesday of each month.

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

**Medicare Information**

You are entitled to hospital insurance under Medicare beginning September 2018.

You are entitled to medical insurance under Medicare beginning February 2023.

Your Medicare number is 6HN7GX5NR42.  You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

See Next Page

## ATTACHMENT 1

Describe the method of transportation.

VA transportation Service

### SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

12/8/2025
Date

*[signature]*
Signature

Conrad A Rockenhaus
Printed Name

34400-480
Federal Bureau of Prisons Register No.

FCI Milan
Federal Bureau of Prisons Facility

4000 Arkon Rd, Milan, MI 48160
Institution's Address

Conrad Kockenhaus / 39400-480
FCI Milan
PO Box 1000
Milan, MI 48160

FEDERAL CORRECTIONAL INSTITUTION
ATTN: MAILROOM
P.O. BOX 9999
MILAN, MI 48160

FILED
DEC 15 2025
CLERKS OFFICE
DETROIT

U.S. MARS-

Court Clerk-Criminal
Theodore Levin United States Courthouse
231 West Lafayette Blvd
Detroit, MI 48226

