UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

CONRAD ROCKENHAUS,

                Defendant.

_____/

Case No. 2:23-cr-20701

HONORABLE STEPHEN J. MURPHY, III

## <u>ORDER STRIKING FILINGS [44, 45, 46]</u>

Defendant moved for compassionate release,[1] and filed two additional documents concurrently. ECF Nos. 44, 45, 46. The motion contains personal information of a non-party prohibited by Federal Rule of Criminal Procedure 49.1(a). *See* ECF No. 44, PageID.224.[2] Even though Defendant indicated he wished to file the motions under seal, Local Rule 5.3(a)(1) provides that "[a] separate notice of filing under seal must be filed before filing an item under seal." *See also* E.D. Mich. LCrR 1.1 (noting that in addition to the local criminal rules, "the general local rules apply to criminal actions as provided in LR 1.1(c)"). Defendant did not file such a document.

---

[1] Defendant appealed his sentence, and the case is pending before the Sixth Circuit Court of Appeals. *See United States v. Rockenhaus*, No. 25-1974 (6th Cir. 2025). The Court doubts that it has jurisdiction to reduce Defendant's sentence because it is divested of jurisdiction pending Defendant's appeal. *See United States v. Gallion*, 534 F. App'x. 303, 310 (6th Cir. 2013); *United States v. Walls*, 455 F. Supp. 3d 461, 464 (E.D. Mich Apr. 2020) (refusing to consider motion for compassionate because an appeal was pending).

[2] If Defendant files a fresh compassionate release motion, he should include only the city and state of a home address—not the number of the home. *See* Fed. R. Crim. P. 49.1(a)(5).

It is axiomatic that the Court has inherent authority to control its docket and strike non-compliant filings. *See e.g., United States v. Gorski*, No. 20-20018-02, 2023 U.S. Dist. LEXIS 214074, at *2 (D. Kan. Dec. 1, 2023) (noting that the Court had "inherent authority to manage its docket, including the authority to strike filings"). The Court will therefore strike Defendant's motion and its related filings.

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of the Court is directed to **STRIKE** Defendant's motion [44] and its attendant documents [45, 46].

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: December 18, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 18, 2025, by electronic and/or ordinary mail.

s/ R. Loury
Case Manager

2