UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jan 26, 2026
KELLY L. STEPHENS, Clerk

No. 25-1974

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

CONRAD ROCKENHAUS,

    Defendant-Appellant.

Before: WHITE, BUSH, and NALBANDIAN, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk