**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 17, 2026

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

       Re:    Case No. 25-1974, *USA v. Conrad Rockenhaus*
              Originating Case No. 2:23-cr-20701-1

Dear Ms. Essix,

   Enclosed is a copy of the mandate filed in this case.

                    Sincerely yours,

                    s/Kelly Stephens
                    Appeal Case Manager: Roy

cc: Ms. Kaycee Berente
   Ms. Corinne M. Lambert

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 25-1974

_____

Filed: February 17, 2026

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

CONRAD ROCKENHAUS

       Defendant - Appellant

### <u>MANDATE</u>

Pursuant to the court's disposition that was filed 01/26/2026 the mandate for this case hereby issues today.

COSTS:  None