

AO 243 (Rev. 01/15)                                                                                              Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District _Eastern District of Michigan_ |
|---|---|
| Name *(under which you were convicted):* Conrad Rockenhaus | Docket or Case No.: 2:23-CR-20701 |
| Place of Confinement: FCI Milan | Prisoner No.: 39400-480 |
| UNITED STATES OF AMERICA  V. | Movant *(include name under which convicted)* Conrad Rockenhaus |

**MOTION**

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:

    United States District Court, Eastern District of Michigan

    (b) Criminal docket or case number (if you know): 2:23-CR-20701

2.  (a) Date of the judgment of conviction (if you know): 10/17/2025

    (b) Date of sentencing: 10/17/2025

3.  Length of sentence: Six Months

4.  Nature of crime (all counts):

    Supervised Release Violation
    - Failure to report to Probation Officer as Directed
    - Failure of Drug Test
    - Unauthorized Device

    F I L E D
    FEB 20 2026
    CLERK'S OFFICE
    DETROIT

5.  (a) What was your plea?  (Check one)

    (1) Not guilty ☐        (2) Guilty ☒        (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
    what did you plead guilty to and what did you plead not guilty to?

6.  If you went to trial, what kind of trial did you have?  (Check one)        Jury ☐        Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?        Yes ☐        No ☒

8.  Did you appeal from the judgment of conviction?        Yes ☒        No ☐

AO 243 (Rev. 01/15)                                                                                                      Page 3

9.   If you did appeal, answer the following:
(a)  Name of court:  _United States Court of Appeals for the Sixth Circuit_
(b)  Docket or case number (if you know):   _25-1974_
(c)  Result:  _Affirmed_
(d)  Date of result (if you know):  _01/26/2026_
(e)  Citation to the case (if you know):  _____
(f)  Grounds raised:

_Sentence Disparity and lack of Discretion in Sentencing_

(g)  Did you file a petition for certiorari in the United States Supreme Court?      Yes ☐      No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised:

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
Yes ☐      No ☒

11.  If your answer to Question 10 was "Yes," give the following information:
(a)  (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4)  Nature of the proceeding: _____

(5)  Grounds raised: _____

AO 243 (Rev. 01/15)                                                                                    Page 5

**GROUND ONE:** Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Both Defense Counsel were given Cell Phone records, hospital records that showed that I was in regular contact with Probation Officers and failed to present the evidence to the Judge to mitigate the Government's argument that I was failing to properly contact my probation Officer when I was calling back and texting. Also, evidence was provided to show that the device was a business device and authorized, as it was running iOS Beta, not an active Cell Phone

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐      No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

Can't directly raise an IAC issue

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐      No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐      No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐      No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐      No ☐

AO 243 (Rev. 01/15)                                                                                          Page 13

Therefore, movant asks that the Court grant the following relief:

Dismissal of this case, namely the Failure to Report and Unauthorized Device Cons

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ___Feb 17 2026___.

(month, date, year)

Executed (signed) on ___02/17/2026___ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Print     Save As...     Add Attachment     Reset

Conrad Rechenhaus
NAME

39400-480
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN  48160

METROPLEX MI 480
17 FEB 2026  PM 15 L



RECEIVED
FEB 20 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

Legal/Court
Mail

Theodore Levin United States Courthouse
Attn: Criminal Clerk
231 West Lafayette Boulevard, 5th Floor
Detroit, MI 48226

48226-277758