UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff(s),

v.                                                      Criminal Case No. 2:23–cr–20701–SJM
                                                        Hon. Stephen J. Murphy III

Conrad Rockenhaus,

                Defendant(s).

_____

**NOTICE OF FILING A MOTION UNDER 28 U.S.C. § 2255**

A motion under 28 U.S.C. § 2255 was filed in the above captioned case.

If you have any questions about the status or scheduling of this case, please contact the Courtroom Deputy to Judge Stephen J. Murphy III.  All documents must be filed in the above captioned criminal case.

**Certificate of Service**

I hereby certify that this notice was served electronically on the United States Attorney's Office.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ L Hamka_____
     Deputy Clerk

Dated:   February 20, 2026