UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


United States of America,

                    Plaintiff,

v.                                          Case No. 2:23–cr–20701–SJM
                                            Hon. Stephen J. Murphy

Conrad Rockenhaus,

                    Defendant(s),

_____


## ORDER REQUIRING RESPONSE

The defendant, Conrad Rockenhaus, has filed the following document:

        Motion to Vacate (2255) – #51
   IT IS HEREBY ORDERED that the Government shall file a response to the above document on or before March 6, 2026.


                              s/Stephen J. Murphy, III
                              Stephen J. Murphy, III
                              U.S. District Judge


### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                         By: s/Richard Loury
                             Case Manager


Dated:   February 23, 2026