UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

F I L E D

MAR 1 1 2026

CLERK'S OFFICE
DETROIT

United States of America,

Plaintiff,

v.

Conrad Rockenhaus,

Defendant(s),

Case No. 2:23-cr-20701-SJM
Hon. Stephen J. Murphy

## NOTICE REGARDING PARTIES' RESPONSIBILITY
## TO NOTIFY COURT OF ADDRESS CHANGE

**THIS NOTICE IS A REMINDER** that you are required, pursuant to E.D. Mich. LR 11.2, to promptly file a notice with the Clerk and serve a copy of the notice on all parties whenever your address, e-mail address, phone number and/or other contact information changes. In addition, Rule 11 of the Federal Rules of Civil Procedure requires you to include your address on every document filed with the Clerk.

Failure to promptly notify the court of a change in address or other contact information may result in a **delay of your proceedings.**

Notices regarding changes to your address or other contact information should include the following:

- Your Name
- Your New Address
- Your New E-Mail Address and/or Telephone Number
- Your Case Number

FICE OF THE CLERK
TATES DISTRICT COURT
BUILDING AND U.S. COURTHOUSE
00 CHURCH STREET
NT, MICHIGAN 48502

OFFICIAL BUSINESS



METROPLEX MI 480

26 FEB 2026 AM

US POSTAGE

$ 000.74

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 48592129999        *8899-01347-03-26

Conrad Rockenhaus
2468 Fernwood Ave
Ann Arbor MI 48104



RECEIVED

MAR 1 6 2026

CLERK'S OFFICE
U.S. DISTRICT COURT